IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CASE NO. 19-20498-GLT |
| JOHN R. HULBOY, II | : | |
| | : | CHAPTER 13 |
| DEBTOR | : | |
| | : | |

NOTARIZED AFFIDAVIT
AND PROOF OF PAYMENT

Filed on behalf of:
John R. Hulboy II

Counsel of Record:

Michael C. Eisen
PA ID # 74523
M. Eisen & Associates, P.C.
404 McKnight Park Drive
Pittsburgh, PA 15237
412-367-9005
attorneyeisen@yahoo.com

Sept 19, 2022

To Trustees

I John Hulboy have fell behind in my payments due to a medical injury. I was hurt in Apr 2021 I applied for Disability and on Oct was denied. I was in the hospital on Oct 31 2021 and came home Dec 9, 2021. I returned to work immediately and worked as much as I could due to my injuries I was hospitalized on March 26, 2022, was off work for several weeks. Im trying the best I can with my situation. In June I worked a couple weeks but my injuries and health have been giving me alot of trouble. I recently have been working 30-40 hrs a week for G.V. Hamilton. My union brothers have supported me at work and Im slowly recovering my health and my ability to work 40 hrs w/out being hurt worse. I am trying to catch up on all my bills my house is the main concern. I have been living here since 1991. I am doing my best with the situation me and thousands of Americans are going thru a tough time with all the rising costs of living. I have and will continue to pay my debts. Im hoping to be caught up very soon and look forward to a better 2023 with my health and working ability

SWORN TO BEFORE ME THIS ... DAY ... NOTARY ... MY COMMISSION EXPIRES
Commonwealth of Pennsylvania - Notary Seal
..., Notary Public
Allegheny County
My commission expires August ..., 2026
Commission number ...
Member, Pennsylvania Association of Notaries

Sept 19 2022

To Trustee

I [illegible] [illegible] [illegible] [illegible] in my payments [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] 2021 [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] in the hospital on March 22, 2022 [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] I currently [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] my health and my ability to [illegible] [illegible] [illegible] [illegible] [illegible]. I am trying to catch up on all my bills [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] with the [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] all the rising costs of living. I have [illegible] [illegible] [illegible] to pay my bills. I'm trying [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] ability.

SWORN TO BEFORE ME AND IN MY PRESENCE THIS 19 DAY OF 9 2022

NOTARY PUBLIC
MY COMMISSION EXPIRES

Commonwealth of Pennsylvania - Notary Seal
Mary J. Salvatore, Notary Public
Allegheny County
My commission expires August 19, 2026
Commission number 1143902
Member, Pennsylvania Association of Notaries

Print Page Printer Friendly

**FINANCIAL SUMMARY - CASE 19-20498**

BROCK INDUSTRIAL SERVICES paying **$1,148.33** MONTHLY for JOHN R. HULBOY, II
JOHN R. HULBOY, II paying **$1.67** MONTHLY

Receipts | Rcpts/Deb Refunds | Disbursements | Adjustments | Trustee Disb | Trustee Adj | Show All

Limits: Select Start Date | Select Claim ID | Select Payee Name | Check Status: Cleared | Stale Dated | Stop Payment | Cancelled | Voided | Outstanding

| Date | Payee | Payee Name | Source / Check | Description | Receipts | Disbursements | Balance |
|---|---|---|---|---|---|---|---|
| 10/3/2022 | | | 000000008247161 | CASHIERS CHECK/PAYMENT | $265.00 | | |
| 9/27/2022 | | | 000000000269107 | REMITTED BY EMPLOYER DEDUCTION | $249.00 | | |
| 9/26/2022 | | | 000000000269100 | REMITTED BY EMPLOYER DEDUCTION | $249.00 | | |
| 9/13/2022 | | | 000000000268986 | REMITTED BY EMPLOYER DEDUCTION | $498.00 | | |
| 8/29/2022 | | | 000000000268690 | REMITTED BY EMPLOYER DEDUCTION | $249.00 | | |
| 8/23/2022 | | | 000000000268610- | REMITTED BY EMPLOYER DEDUCTION | $249.00 | | |
| 8/16/2022 | | | 000000000268546- | REMITTED BY EMPLOYER DEDUCTION | $249.00 | | |
| 7/18/2022 | | | 000000008161443- | CASHIERS CHECK/PAYMENT | $530.00 | | |
| 6/29/2022 | | | 000000000267680- | REMITTED BY EMPLOYER DEDUCTION | $249.00 | | |
| 6/14/2022 | | | 000000000267564- | REMITTED BY EMPLOYER DEDUCTION | $249.00 | | |
| 6/6/2022 | | | 000000000267472- | REMITTED BY EMPLOYER DEDUCTION | $249.00 | | |
| 5/2/2022 | | | 000000008161333- | CASHIERS CHECK/PAYMENT | $1,000.00 | | |
| 3/25/2022 | | | 000000008153905- | CASHIERS CHECK/PAYMENT | $800.00 | | |
| 3/11/2022 | | | 000000008148307- | CASHIERS CHECK/PAYMENT | $530.00 | | |
| 2/22/2022 | | | 000000008133115- | CASHIERS CHECK/PAYMENT | $700.00 | | |
| 12/20/2021 | | | 000000000002862- | REMITTED BY EMPLOYER DEDUCTION | $2,130.00 | | |
| 10/22/2021 | | | 000000008077299- | CASHIERS CHECK/PAYMENT | $1,060.00 | | |
| 9/13/2021 | | | 000000008076159- | CASHIERS CHECK/PAYMENT | $1,060.00 | | |
| 8/12/2021 | | | 000000008045220- | CASHIERS CHECK/PAYMENT | $1,030.00 | | |
| 8/9/2021 | | | 000000008078106- | CASHIERS CHECK/PAYMENT | $1,060.00 | | |
| 6/21/2021 | | | 000000008045484- | CASHIERS CHECK/PAYMENT | $800.00 | | |
| 5/24/2021 | | | 000000007998016- | CASHIERS CHECK/PAYMENT | $530.00 | | |
| 5/24/2021 | | | 000000008045083- | CASHIERS CHECK/PAYMENT | $1,060.00 | | |
| 4/13/2021 | | | 000000008043065- | CASHIERS CHECK/PAYMENT | $1,060.00 | | |
| 3/10/2021 | | | 000000008033788- | CASHIERS CHECK/PAYMENT | $1,060.00 | | |
| 2/22/2021 | | | 000000008042906- | CASHIERS CHECK/PAYMENT | $530.00 | | |
| 2/12/2021 | | | B86539 2-8-21 7983560 2-4-21 | CASHIERS CHECK/PAYMENT | $530.00 | | |
| 1/4/2021 | | | 7852292 12-31-20 | CASHIERS CHECK/PAYMENT | $1,060.00 | | |
| 11/16/2020 | | | 7984242 NO DATE | CASHIERS CHECK/PAYMENT | $2,650.00 | | |
| 10/26/2020 | | | 7983864 10/23/20 | CASHIERS CHECK/PAYMENT | $500.00 | | |
| 10/20/2020 | | | 7902682 NO DATE | CASHIERS CHECK/PAYMENT | $530.00 | | |
| 10/1/2020 | | | 7968940 ??DATE?? | CASHIERS CHECK/PAYMENT | $500.00 | | |
| 9/14/2020 | | | 7984040 NO DATE | CASHIERS CHECK/PAYMENT | $530.00 | | |
| 9/1/2020 | | | 7968904 8-29-20 | CASHIERS CHECK/PAYMENT | $530.00 | | |
| 8/18/2020 | | | 7968944 8-14-20 | CASHIERS CHECK/PAYMENT | $530.00 | | |
| 8/3/2020 | | | 7942288 7-31-20 | CASHIERS CHECK/PAYMENT | $500.00 | | |
| 8/3/2020 | | | 7942239 7-?4-20 | CASHIERS CHECK/PAYMENT | $565.00 | | |
| 7/21/2020 | | | 7942400 NO DATE | CASHIERS CHECK/PAYMENT | $265.00 | | |
| 7/9/2020 | | | 7942272 NO DATE | CASHIERS CHECK/PAYMENT | $530.00 | | |
| 6/29/2020 | | | 7942320 6/19?/20 | CASHIERS CHECK/PAYMENT | $530.00 | | |
| 6/8/2020 | | | 7942344 NO DATE | CASHIERS CHECK/PAYMENT | $765.00 | | |
| 6/1/2020 | | | 7942329 5-26-20 | CASHIERS CHECK/PAYMENT | $530.00 | | |
| 4/27/2020 | | | 70020965 4/23/20 | REMITTED BY EMPLOYER DEDUCTION | $265.00 | | |
| 4/22/2020 | | | 70020902 4/16/20 | REMITTED BY EMPLOYER DEDUCTION | $265.00 | | |
| 4/14/2020 | | | 70020848 4-8-20 | REMITTED BY EMPLOYER DEDUCTION | $265.00 | | |
| 4/9/2020 | | | 70020745 4-1-20 | REMITTED BY EMPLOYER DEDUCTION | $265.00 | | |
| 4/1/2020 | | | 70020700 3-26-20 | REMITTED BY EMPLOYER DEDUCTION | $265.00 | | |
| 3/23/2020 | | | 20620 3/19/20 | REMITTED BY EMPLOYER DEDUCTION | $265.00 | | |
| 3/17/2020 | | | 70020581 3/13/20 | REMITTED BY EMPLOYER DEDUCTION | $265.00 | | |
| 3/9/2020 | | | 70020361 3-5-20 | REMITTED BY EMPLOYER DEDUCTION | $265.00 | | |
| 3/2/2020 | | | 70020276 2-26-20 | REMITTED BY EMPLOYER DEDUCTION | $265.00 | | |
| 2/24/2020 | | | 70020137 2-19-20 | REMITTED BY EMPLOYER DEDUCTION | $265.00 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/18/2020 | | | 70020012 2-13-20 | REMITTED BY EMPLOYER DEDUCTION | $265.00 | | |
| 2/10/2020 | | | 70019937 2-5-20 | REMITTED BY EMPLOYER DEDUCTION | $265.00 | | |
| 2/3/2020 | | | 70019865 1/30/20 | REMITTED BY EMPLOYER DEDUCTION | $265.00 | | |
| 1/27/2020 | | | 70019779 1-23-20 | REMITTED BY EMPLOYER DEDUCTION | $265.00 | | |
| 1/21/2020 | | | 70019603 1-15-20 | REMITTED BY EMPLOYER DEDUCTION | $265.00 | | |
| 1/13/2020 | | | 70019551 1-9-20 | REMITTED BY EMPLOYER DEDUCTION | $265.00 | | |
| 1/6/2020 | | | 70019478 1-2-20 | REMITTED BY EMPLOYER DEDUCTION | $530.00 | | |
| 1/2/2020 | | | 70019309 12-18-19 | REMITTED BY EMPLOYER DEDUCTION | $265.00 | | |
| 12/13/2019 | | | 70019178 12/11/19 | REMITTED BY EMPLOYER DEDUCTION | $265.00 | | |
| 12/9/2019 | | | 70019112 12-5-19 | REMITTED BY EMPLOYER DEDUCTION | $265.00 | | |
| 12/2/2019 | | | 70018987 11/26/19 | REMITTED BY EMPLOYER DEDUCTION | $265.00 | | |
| 12/2/2019 | | | 70018901 11-21-19 | REMITTED BY EMPLOYER DEDUCTION | $265.00 | | |
| 11/18/2019 | | | 70018795 11-14-19 | REMITTED BY EMPLOYER DEDUCTION | $265.00 | | |
| 11/14/2019 | | | 70018654 11-7-19 | REMITTED BY EMPLOYER DEDUCTION | $265.00 | | |
| 11/7/2019 | | | 70018433 10-24-19 | REMITTED BY EMPLOYER DEDUCTION | $265.00 | | |
| 11/7/2019 | | | 70018550 10/31/19 | REMITTED BY EMPLOYER DEDUCTION | $265.00 | | |
| 10/24/2019 | | | 70018339 10/17/19 | REMITTED BY EMPLOYER DEDUCTION | $249.00 | | |
| 10/15/2019 | | | 70018212 10/10/19 | REMITTED BY EMPLOYER DEDUCTION | $249.00 | | |
| 10/7/2019 | | | 70018114 10/3/19 | REMITTED BY EMPLOYER DEDUCTION | $249.00 | | |
| 10/1/2019 | | | 70018006 9-25-19 | REMITTED BY EMPLOYER DEDUCTION | $249.00 | | |
| 10/1/2019 | | | 70017893 9/19/19 | REMITTED BY EMPLOYER DEDUCTION | $249.00 | | |
| 9/16/2019 | | | 70017728 9-12-19 | REMITTED BY EMPLOYER DEDUCTION | $249.00 | | |
| 9/9/2019 | | | 70017650 9/5/19 | REMITTED BY EMPLOYER DEDUCTION | $249.00 | | |
| 9/3/2019 | | | 70017616 8/29/19 | REMITTED BY EMPLOYER DEDUCTION | $249.00 | | |
| 8/26/2019 | | | 70017467 8-22-19 | REMITTED BY EMPLOYER DEDUCTION | $249.00 | | |
| 8/19/2019 | | | 70017378 8/15/19 | REMITTED BY EMPLOYER DEDUCTION | $249.00 | | |
| 8/8/2019 | | | DB138247 8/5/19 | THIRD PARTY PERSONAL CHK/30 DAY HOLD | $500.00 | | |
| 7/29/2019 | | | DB138201 7/23/19 | THIRD PARTY PERSONAL CHK/30 DAY HOLD | $1,000.00 | | |
| 6/25/2019 | | | 251530 6/21/19 | REMITTED BY EMPLOYER DEDUCTION | $249.00 | | |
| 6/18/2019 | | | 251419 6-14-19 | REMITTED BY EMPLOYER DEDUCTION | $249.00 | | |
| 6/10/2019 | | | 251290 6-7-19 | REMITTED BY EMPLOYER DEDUCTION | $249.00 | | |
| 6/3/2019 | | | 251129 5/31/19 | REMITTED BY EMPLOYER DEDUCTION | $249.00 | | |
| 6/3/2019 | | | 251071 5/23/19 | REMITTED BY EMPLOYER DEDUCTION | $249.00 | | |
| 5/20/2019 | | | 250913 5-16-19 | REMITTED BY EMPLOYER DEDUCTION | $249.00 | | |
| 5/6/2019 | | | 250683 5/2/19 | REMITTED BY EMPLOYER DEDUCTION | $249.00 | | |
| 5/1/2019 | | | 250601 4/26/19 | REMITTED BY EMPLOYER DEDUCTION | $249.00 | | |
| 4/22/2019 | | | 250426 4/18/19 | REMITTED BY EMPLOYER DEDUCTION | $249.00 | | |
| 4/16/2019 | | | 250338 4-12-19 | REMITTED BY EMPLOYER DEDUCTION | $249.00 | | |
| 3/25/2019 | | | DB1116350 3-20-19 | THIRD PARTY PERSONAL CHK/30 DAY HOLD | $500.00 | | |
| 3/11/2019 | | | 249702 3/8/19 | REMITTED BY EMPLOYER DEDUCTION | $249.00 | | |
| 3/7/2019 | | | DB1116303 3-4-19 | THIRD PARTY PERSONAL CHK/30 DAY HOLD | $1,030.00 | | |
| 3/4/2019 | | | 249517 2-28-19 | REMITTED BY EMPLOYER DEDUCTION | $249.00 | | |
| | | | | **Totals:** | **$44,403.00** | **$0.00** | |