IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  JOHN R. HULBOY, II | : | Bankruptcy No.  19-20498-GLT |
| Debtor(s) | : | |
| | : | Chapter  13 |
| JOHN R. HULBOY, II | : | |
| Movant (s) | : | |
| | : | Related to Document No. 56 |
| v. | : | |
| | : | |
| GEO V. HAMILTON INC. | : | |
| Respondent(s) | : | |

**CERTIFICATE OF SERVICE OF NOTIFICATION OF DEBTOR'S
SOCIAL SECURITY NUMBER AND ORDER GRANTING WAGE ATTACHMENT**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) OCTOBER 5, 2022

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  FIRST CLASS MAIL

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON:

Geo V. Hamilton Inc.
Attn: Payroll Manager
2 River Road
McKees Rocks, PA 15136
Via first class mail

                                                     By:  /s/ Michael C. Eisen
                                                         Michael C. Eisen, Esquire
                                                         PA ID #74523
                                                         M. EISEN & ASSOCIATES, P.C.
                                                         404 McKnight Park Drive
                                                         Pittsburgh, PA  15237
                                                         412-367-9005
                                                         attorneyeisen@yahoo.com