FILED
10/4/22 4:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:    JOHN R. HULBOY, II | : | Bankruptcy No. 19-20498-GLT |
| Debtor(s) | : | |
| | : | Chapter 13 |
| JOHN R. HULBOY, II | : | |
| Movant | : | |
| v. | : | |
| | : | Related to Docket No 53 |
| BROCK INDUSTRIAL SERVICES | : | |
| Respondent | : | |
| WO-1 SSN: XXX-XX-3542 | : | |

ORDER OF COURT

AN NOW THIS __4th Day of October__, 2022, it is hereby ORDERED, ADJUDGED, and DECREED that,

Brock Industrial Services
Attn: Payroll Manager
10343 Sam Houston Park Drive, Ste 200
Houston, TX 77064

is hereby ordered to immediately terminate the wage attachment of the wages of JOHN R. HULBOY, II, social security number XXX-XX-3542.  No future payments are to be sent to Ronda J. Winnecour on behalf of JOHN R. HULBOY, II.

Dated: October 4, 2022

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cc: Debtor (s)
    MICHAEL C. EISEN, ESQ.              , Attorney for the debtor(s)
    RONDA J. WINNECOUR PA ID#30399      , Chapter 13 Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20498-GLT |
| John R. Hulboy, II | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Oct 04, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + John R. Hulboy, II, 3015 Oak Park Road, Pittsburgh, PA 15214-2653 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2022    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jeffrey R. Hunt | on behalf of Creditor City and School District of Pittsburgh jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |
| Maria Miksich | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY ET.AL. mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Deutsche Bank National Trust Company et al wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Michael C. Eisen | on behalf of Debtor John R. Hulboy II attorneyeisen@yahoo.com, aarin96@hotmail.com |
| Office of the United States Trustee | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Oct 04, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Ronda J. Winnecour
    ustpregion03.pi.ecf@usdoj.gov

    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor Deutsche Bank National Trust Company et al pawb@fedphe.com

Thomas Song
    on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY ET.AL. pawb@fedphe.com

Thomas Song
    on behalf of Creditor BANK OF AMERICA  N.A. pawb@fedphe.com

TOTAL: 10